# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

|  |  |
|---|---|
| SATISH DAT BEAST, RONALD SATISH EMRIT, and GO GO SATISH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SNOOP DOGGY DOGG, SNOOP DOGGY DOG BOWL IN ARIZONA, NBC, COMCAST, NBC UNIVERSAL, VIVENDI UNIVERSAL, PEACOCK, UNITED STATES OLYMPIC COMMITTEE, MIKE TIRICO, CRIS COLLINSWORTH, SUNDAY NIGHT FOOTBALL, ROGER GOODELL, NATIONAL FOOTBALL LEAGUE,<br><br>　　　　　Defendants. | CV 26-04-M-WWM<br><br><br>ORDER ADOPING FINDINGS AND RECOMMENDATION AND DISMISSING CASE |

Plaintiff Ronald Satish Emrit ("Emrit") lodged a Complaint against the above-named Defendants on January 6, 2026. (Doc. 2). Because Emrit is proceeding in forma pauperis (Docs. 1, 3), the Court must review his complaint to determine if the allegations are frivolous or malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2). Judge DeSoto made Findings and Recommendations in this matter on January 12, 2026. (Doc. 3). Plaintiff did not object and, therefore, is not entitled to *de novo* review of the

record.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended that this Court dismiss Plaintiff's Complaint (Doc. 2) without leave to amend, as frivolous under 28 U.S.C. § 1915(e)(2).  (Doc. 3 at 7).  Judge DeSoto further recommended that this Court certify that any appeals from this disposition would not be taken in good faith, pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).  (*Id.* at 8).

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 3).  Accordingly,

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL**.

Therefore, **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 2) is **DISMISSED** without leave to amend, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that any appeal from this disposition would not be taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).

The Clerk of Court is directed to notify the parties of the making of this Order and to enter, by separate document, a judgment of dismissal pursuant to Federal Rule of Civil Procedure 58.

DATED this 9th day of March, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE