UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SATISH DAT BEAST, RONALD SATISH EMRIT, and GO GO SATISH,<br><br>Plaintiffs,<br><br>vs.<br><br>SNOOP DOGGY DOGG, SNOOP DOGGY DOG BOWL IN ARIZONA, NBC, COMCAST, NBC UNIVERSAL, VIVENDI UNIVERSAL, PEACOCK, UNITED STATES OLYMPIC COMMITTEE, MIKE TIRICO, CRIS COLLINSWORTH, SUNDAY NIGHT FOOTBALL, ROGER GOODELL, NATIONAL FOOTBALL LEAGUE,<br><br>Defendants. | Case No. CV-26-04-M-WWM<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order Adopting Findings and Recommendation and Dismissing Case dated March 9, 2026 (Doc. 6), Plaintiff's Complaint (Doc. 2) is DISMISSED without leave to amend, pursuant to Federal Rule of Civil Procedure 41(b).

Dated this 9th day of March, 2026

TYLER P. GILMAN, CLERK


By:   /s/ Sarah Nagy
      Deputy Clerk